1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   JHONATHAN FRYE,                     Case No.: 1:21-cv-01525-NODJ-SKO (PC)

12              Plaintiff,               **ORDER VACATING FINDINGS AND
                                         RECOMMENDATIONS TO DISMISS**
13        v.                             **ACTION FOR PLAINTIFF'S FAILURE
                                         TO OBEY COURT ORDERS AND**
14   PFIEFER, Warden, et al.,            **FAILURE TO PROSECUTE**

15              Defendants.              (Doc. 13)

16                                       **ORDER DIRECTING CLERK OF THE
                                         COURT TO CHANGE PLAINTIFF'S**
17                                       **ADDRESS**

18

19        Plaintiff Jhonathan Frye is proceeding pro se and *in forma pauperis* in this civil rights

20   action brought pursuant to 42 U.S.C. § 1983.

21        **I.      INTRODUCTION**

22        On October 27, 2023, this Court issued its Second Screening Order. (Doc. 11.) The Court

23   found Plaintiff's first amended complaint stated an Eighth Amendment threat to safety claim

24   against Defendant Rodriguez and First Amendment retaliation claims against Defendants

25   Vasquez and Rodriguez, but failed to state a cognizable claim against any other named defendant.

26   (*Id*. at 3-8.) Plaintiff was directed to elect of one three options within 21 days of the date of

27   service of the order: (1) notify the Court he did not wish to file a second amended complaint and

28   was willing to proceed only on his Eighth Amendment claim of a threat to safety against

1    Defendant Rodriguez, and his First Amendment retaliation claims against Defendants Vasquez

2    and Rodriguez, the remaining claims to be dismissed; *or* (2) file a second amended complaint

3    curing the deficiencies identified in the screening order; *or* (3) file a notice of voluntary dismissal.

4    (*Id*. at 8-9.)

5         On November 28, 2023, when more than 21 days passed without a response from

6    Plaintiff, the Court issued Findings and Recommendations to dismiss this action for Plaintiff's

7    failure to obey court orders and failure to prosecute. (Doc. 13.) Any objections were to be filed

8    within 14 days. (*Id*. at 4.)

9         On December 21, 2023, Plaintiff filed a second amended complaint. (Doc. 15.) On the

10   last page of this filing, Plaintiff advises the Court he has paroled and provides a new address:

11   "448 N. Lynora St., Tulare, CA 93274." (*Id.* at 6.)

12   **II.    DISCUSSION**

13        Plaintiff has paroled from California State Prison, Sacramento. Although Plaintiff does

14   not indicate the date when he was paroled, the Court finds it unlikely Plaintiff received the

15   Findings and Recommendations issued November 28, 2023. Therefore, the Court will vacate the

16   Findings and Recommendations to dismiss this action.

17        Although he was directed to file a second amended complaint within 21 days of the

18   October 27, 2023 second screening order, Plaintiff filed his second amended complaint on

19   December 21, 2023. Plaintiff states he received the Court's second screening order on December

20   14, 2023, from the parole office. (Doc. 15 at 6.) The Court will accept the second amended

21   complaint even though it was filed after the imposed deadline. Plaintiff is advised his second

22   amended complaint will be screened, as required by 28 U.S.C. § 1915A(a), in due course.

23        Finally, the Court notes Plaintiff's address has changed following his parole. The Court

24   will direct the Clerk of the Court to change Plaintiff's address to 448 N. Lynora Street in Tulare,

25   California. Plaintiff is advised that any future change of address must be reported on the Notice of

26   Change of Address form previously provided with the First Informational Order In Prisoner/Civil

27   Detainee Civil Rights Case. (*See* Doc. 2 at 7 [issued 10/15/21].)

28   //

2

**III.      CONCLUSION AND ORDER**

For the reasons set forth above, **IT IS HEREBY ORDERED** that:

1.  The Findings and Recommendations to Dismiss Action for Plaintiff's Failure to Obey Court Orders and Failure to Prosecute (Doc. 13) are **VACATED**; and

2.  The Clerk of the Court is **DIRECTED** to change Plaintiff's address to 448 N. Lynora Street, Tulare, CA 93274.

IT IS SO ORDERED.

Dated:   __December 26, 2023__                    ___/s/ Sheila K. Oberto___

UNITED STATES MAGISTRATE JUDGE

3