UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHONATHAN FRYE,<br><br>   Plaintiff,<br><br>   v.<br><br>PFIEFER, Warden, et al.,<br><br>   Defendants. | Case No.: 1:21-cv-01525-KES-SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED<br><br>Doc. 18 |

Plaintiff Jhonathan Frye is proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 8, 2024, the assigned magistrate judge issued findings and recommendations recommending the action be dismissed for Plaintiff's failure to state a claim upon which relief can be granted. Doc. 18. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days of service. *Id.* at 5. Plaintiff has not filed any objections, and the time to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued on October 8, 2024, Doc. 18, are ADOPTED IN FULL;
2. The action is DISMISSED for Plaintiff's failure to state a claim upon which relief can be granted; and,
3. The Clerk of the Court is directed to terminate all pending motions and to CLOSE this case.

IT IS SO ORDERED.

Dated: November 26, 2024

UNITED STATES DISTRICT JUDGE

2